UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20268-CR-King/Garber

UNITED STATES OF AMERICA,

v.

CARLOS ARIAS-VELAZQUEZ,
a/k/a Carlos Arias,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King.  Upon a request from defense counsel, it is hereby

**ORDERED that a change of plea hearing previously set for June 21, 2010, is rescheduled.  Instead, it shall be held before the undersigned on Tuesday, the 22nd day of June, 2010, at 2:00 P.M.** in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132.  Sentencing is scheduled for Wednesday, August 25, 2010, at 10:00 A.M. in Courtroom 11, Eleventh Floor, in the James Lawrence King Federal Justice Building before United States District Judge James Lawrence King.

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of June, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE